UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARCO ANTONIO HENRIQUEZ )
HERNANDEZ, )
 )
 )   Civil Action No. 3:26-CV-479-CHB
Petitioner, )
 )
v. )   **ORDER**
 )
 )
JEFF TINDLE,  et al., )
 )
Respondents. )

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. [R. 1]. Petitioner is currently detained at Oldham County jail and claims that his prolonged detention violates federal law. *Id.* Petitioner has named as respondents Jeff Tindle and "Oldham County Detention." *Id.* However, in his petition, he represents that he is currently being detained by Immigration and Customs Enforcement ("ICE") and is currently being held on orders by federal authorities. *Id.* at 2–3. He asks the Court to grant his immediate release "from ICE detention" or grant a bond hearing or supervised release. *Id.* at 12 .As such, it appears the relief he seeks is not available solely through the named respondents. Instead, based on his allegations, including that he is an ICE detainee being held on orders by federal authorities, it appears Petitioner also seeks relief from certain federal entities, potentially including U.S. Immigration and Customs Enforcement, the U.S. Department of Homeland Security, and/or the Attorney General of the United States. Given Petitioner's pro se status and his allegations, the Court will allow Petitioner to amend his petition accordingly.

- 1 -

- 2 -

Accordingly, the Court being sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. On or before **Friday, July 10, 2026**, Petitioner **SHALL** file an amended petition naming the relevant federal entities as respondents.

This the 22nd day of June, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY